No. 481. UNION CENTRAL LIFE INSURANCE COMPANY *v.* ISAAC M. RODEN ET AL. October 15, 1923. Petition for

a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert Ramsey* for petitioner. *Mr. Ganson Taggart* for respondents.